IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHEILA COOLEY
O/B/O ROY COOLEY

    Plaintiff,

vs.                                                             1:12-cv-164-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Motion For Enlargement of Time. (Doc. 14.) Defendant requests a thirty day extension of time to file his response to Plaintiff's Memorandum. Pursuant to Local Rule 7.1, Defendant's counsel certifies that Plaintiff's counsel does not object to the requested relief.

Accordingly, upon due consideration, Defendant's Motion For Enlargement of Time (Doc. 14) is **GRANTED**. Defendant shall file his response memorandum on or before **February 25, 2013.**

**DONE AND ORDERED** this 25th day of January 2013.

                                                      *s/ Gary R. Jones*
                                                     GARY R. JONES
                                                     United States Magistrate Judge